Darly–Morgan D. MAKABIN, Plaintiff—Appellant,

v.

G4S SECURE SOLUTIONS (USA), INCORPORATED, a/k/a G4S Wackenhut, Defendant—Appellee.

No. 11–1248.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Darly–Morgan D. Makabin, Appellant Pro Se. Michael Lawrence Wade, Jr., Ogletree, Deakins, Nash, Smoak & Stewart, PC, Charlotte, North Carolina, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darly–Morgan D. Makabin appeals the district court's order dismissing his employment discrimination claims. We have

---

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Makabin v. G4S Secure Solutions (USA), Inc.* (W.D.N.C. Mar. 11, 2011). We deny all Makabin's pending motions and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*